DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

JERNIGAN v. R. R. CO.

No. 12 PC.

Case below: 9 N.C. App. 186.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

KALE v. FORREST

No. 140 PC.

Case below: 9 N.C. App. 82.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1970.

LINK v. LINK

No. 144 PC.

Case below: 9 N.C. App. 135.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1970.

MILLING CO., INC. v. SUTTON

No. 10 PC.

Case below: 9 N.C. App. 181.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

OLIVER v. ERNUL

No. 1 PC.

Case below: 9 N.C. App. 221.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1970.

PANHORST v. PANHORST

No. 145 PC.

Case below: 9 N.C. App. 258.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1970.